**ORDERED SEALED BY COURT**

UNSEALED AS OF 12/11/07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Magistrate Case No. '07 MJ 2842 |
|---|---|---|
| v. | ) | |
| DANIEL AARON GINDLER | ) | SEALING ORDER |

Upon application of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the arrest warrant, application for arrest warrant, and supporting affidavit of United States Bureau of Alcohol, Tobacco and Firearms Agent Gordon Geerdes, for DANIEL AARON GINDLER and this order be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: 12/7/2007

_____
UNITED STATES MAGISTRATE JUDGE