# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

DANIEL AARON GINDLER

**WARRANT FOR ARREST**

CASE NUMBER: 07 MJ **'07 MJ 2842**

*[Stamp: UNSEALED AS OF 12/13/07 — ORDERED SEALED BY COURT — 07 DEC 13 AM 11:21]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DANIEL AARON GINDLER**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

unlawful user of a controlled substance in possession of a firearm, and an individual previously convicted of a crime of domestic violence in possession of a firearm.

*[Stamp: U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA — 2007 DEC 13 A 11:06 — RECEIVED]*

In violation of Title __18__ United States Code, Section(s) __922(g)(3) and 922(g)(9)__

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| Signature of Deputy | Date and Location |
| Bail fixed at $ _to be determined_ [Bail] | by _[signature]_ The Honorable Ruben B. Brooks |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at BY ATF @ SAN DIEGO, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/10/07 | | |